**Order entered June 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01431-CV

### TOWN OF HIGHLAND PARK, Appellant

### V.

### TIFFANY RENEE MCCULLERS, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08709**

### ORDER

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein

We abated this appeal, from the associate judge's order denying appellant's plea to the jurisdiction, to allow the parties an opportunity to obtain an order on the plea signed by the referring court. The referring court has signed an order denying the plea, and the order has been filed in a supplemental clerk's record. Accordingly, we **REINSTATE** the appeal.

As the appeal has been submitted, an opinion will issue in due course.

/s/    BILL PEDERSEN, III
        JUSTICE